AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ANTOINE D. WASHINGTON
DOB: xxxxxxx
PDID: xxxxxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 9, 2008** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER JEFFREY JANCZYK**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JEFFREY JANCZYK**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

**STATEMENT OF FACTS**

      On January 9, 2008 at approximately 10:35 p.m., while conducting a contact, Metropolitan Police Department (MPD) 4th District Vice officers smelled a strong odor of burnt marijuana eminating from the rear alley of the 4500 block of Arkansas Avenue, N.W., in the District of Columbia.  Officers went to the specific area of the odor in the rear alley to investigate the odor, and observed two black males inside of a detached locked garage located at xxxx xxxxxxxx xxxxxx, N.W..  Still smelling the burnt marijuana, the officers peered inside of the warped garage slats of the garage, and observed the same two men packing several items into a cooler, and they refused to come out of the locked garage.  In addition, after being informed that a possible crime was taking place in their garage, the owners of the locked garage and the attached house refused to cooperate in obtaining a key to the garage and ordered the officers to leave.

      At that time, back up officers responded to the scene, as officers processed and obtained an emergency search warrant.  At approximately 12: 20 p.m., the black males, who were inside of the locked garage, opened the garage door, and fled.  Suspect Antoine Washington was immediately apprehended, and the other unidentified suspect entered the passengers seat of a running, occupied Grey Chevy Malibu, which was later determined to be owned by Michael Jackson, the owner of the Arkansas house.  At approximately 12:40 a.m., an emergency search warrant was obtained, and recovered from the garage were: 1,163 grams of white powder cocaine, 208.4 grams of white rock cocaine, and 2.05 lbs. of green weed marijuana, along with numerous small ziplock bags, a baking soda box, five Pyrex measuring cups, seven digital scales, two vehicles, two cell phones, and mail matter in the name of suspect Michael Jackson.

      OFFICER JEFFREY JANCZYK
      FOURTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JANUARY, 2008.

      U.S. MAGISTRATE JUDGE