AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED** JAN 1 5 2008

DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA

V.

ANTOINE WASHINGTON

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-0007 M

I, ANTOINE WASHINGTON, charged in a (complaint) ~~(petition)~~, pending in this District with POSSESSION WITH INTENT TO DISTRIBUTE CRACK in violation of Title 21, U.S.C., 841(a)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Antoine Washington_
Defendant

1/15/08
Date

_[signature]_
Counsel for Defendant